IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LISA HARALSON                                                                                     PLAINTIFF

v.                                            4:20-cv-721-JM-JJV

ANDREW SAUL,
Commissioner,
Social Security Administration,                                                      DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 15th day of April, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE